UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| | )   Case No.: 21-cr-340 (DLF) |
| | ) |
| | ) |
| ALEJANDRO PARRA BUSTAMANTE, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Eugene Ohm has assumed responsibility for the defense of Alejandro Parra Bustamante in the above-captioned case. Mr. Bustamante's case had previously been assigned to Assistant Federal Public Defender Sonia Fleury. Please send all notices and inquiries to the attorney at the address listed below and remove Sonia Fleury as counsel for the defendant.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
eugene_ohm@fd.org