## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**ALEJANDRO BUSTAMANTE,**

*Defendant.*

**No. 1:21-cr-00340-DLF-2**

### NOTICE OF APPEARANCE

The above captioned case has been assigned to Jose A. German, Assistant Federal Public Defender. Please send all notices and inquiries to the address listed below.

Respectfully Submitted,

A. J. Kramer
Federal Public Defender

/s/
Jose A. German
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
202-208-7500
Jose_German@fd.org